56 So.3d 155 (2011)
Ahmad DASTJERDI, Appellant,
v.
Siavash AMANISH, Appellee.
No. 4D10-3079.
District Court of Appeal of Florida, Fourth District.
March 23, 2011.
*156 Alan P. Dagen of The Law Offices of Alan Dagen, P.A., Weston, for appellant.
Bryan Yarnell and Irwin R. Gilbert of Gilbert PA/Yarnell PLLC, Palm Beach Gardens, for appellee.
PER CURIAM.
Dismissed. See Winkelman v. Toll, 632 So.2d 130 (Fla. 4th DCA 1994).
HAZOURI, MAY and CIKLIN, JJ., concur.